MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:    (415) 436-7200
    Facsimile:    (415) 436-7234
    randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-00672 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM OCTOBER 30, 2012 TO NOVEMBER 27, 2012 |
| v. | |
| ROBERT WILDMAN, | |
| Defendant. | |

      On October 30, 2012, the parties in this case appeared before the Honorable Richard Seeborg for a status conference. At that time, the parties represented that the government had recently produced discovery to the defense and that the defense would need additional time to review and analyze the discovery and to conduct investigation into Mr. Wildman's prior state convictions. The parties jointly requested an extension of time until November 27, 2012 and stipulated that time should be excluded from October 30, 2012 to November 27, 2012 for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

STIP. & [~~PROP.~~] ORDER EXCL. TIME
CR 12-00672 RS                    1

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

    MELINDA HAAG
    United States Attorney

DATED: November 26, 2012               /s/
    RANDY LUSKEY
    Assistant United States Attorney


DATED: November 26, 2012               /s/
    EDWARD HU
    Attorney for Robert Wildman

IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from October 30, 2012 to November 27, 2012, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED:  11/26/12                                       
    THE HON. RICHARD SEEBORG
    United States District Court Judge